UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>        Defendants. | Case No. 24-cv-03383-LJC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 3:24-cv-03309-AMO, *Justin v. Real Options for City Kids et al*.

**IT IS SO ORDERED.**

Dated: June 6, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge