UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL OPTIONS FOR CITY KIDS, et al.,<br><br>    Defendants. | Case No. 24-cv-03382-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

It appears that this case is related to 24-cv-03309, *Justin v. Real Options for City Kids et al.*, with the Hon. Araceli Martinez-Olguín presiding. Because 24-cv-03309 is the lowest-numbered case, the Court therefore REFERS this case to the Judge Martinez-Olguín and requests that Judge Martinez-Olguín consider whether these cases are related. Civil L.R. 3-12(c).

**IT IS SO ORDERED**.

Dated: June 6, 2024

_____
SALLIE KIM
United States Magistrate Judge