UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL OPTION FOR CITY KIDS, et al.,<br><br>    Defendants. | Case No. 24-cv-03387-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 24-cv-3309-AMO *Justin v. Real Options for City Kids*.

  **SO ORDERED.**

Dated: June 21, 2024

SUSAN VAN KEULEN
United States Magistrate Judge