UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>   Plaintiff,<br><br>  v.<br><br>REAL OPTIONS FOR CITY KIDS, et al.,<br><br>   Defendants. | Case No. 24-cv-03309-AMO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS**<br><br>Re: Dkt. No. 6 |
| MALIK M. JUSTIN,<br><br>   Plaintiff,<br><br>  v.<br><br>REAL OPTIONS FOR CITY KIDS, et al.,<br><br>   Defendants. | Case No. 24-cv-03382-AMO<br><br>Re: Dkt. No. 7 |
| MALIK M. JUSTIN,<br><br>   Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>   Defendants. | Case No. 24-cv-03383-AMO<br><br>Re: Dkt. No. 7 |

On June 21, 2024, the Court issued orders in all three of the above-captioned cases. The orders (1) granted Plaintiff Malik M. Justin's applications to proceed in forma pauperis ("IFP"), (2) screened the Complaints pursuant to Title 28 U.S.C. § 1915(e)(2)(B)(ii), and (3) ordered Mr. Justin to file an amended complaint on or before July 12, 2024. *See* N.D. Cal. Case No. 24-cv-03309-AMO, ECF 6. The time for Mr. Justin to file an amended complaint has passed.

The Court possesses the inherent power to dismiss an action of its own accord "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). By September 2, 2024, Mr. Justin shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case and to comply with court orders. If Mr. Justin wishes to proceed with his case, he shall also file an amended complaint by September 2, 2024. If Mr. Justin fails to respond to this order by the September 2, 2024 deadline, the Court will dismiss the action without prejudice for failure to prosecute and to comply with court orders.

**IT IS SO ORDERED.**

Dated: August 19, 2024

**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**