UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL OPTIONS FOR CITY KIDS, et al.,<br><br>    Defendants. | Case No. 24-cv-03309-AMO<br><br>**ORDER DISMISSING AMENDED COMPLAINTS WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 10, 11, 12 |
| MALIK M. JUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL OPTIONS FOR CITY KIDS, et al.,<br><br>    Defendants. | Case No. 24-cv-03382-AMO<br><br>Re: Dkt. No. 10 |
| MALIK M. JUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO STATE UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 24-cv-03383-AMO<br><br>Re: Dkt. No. 10 |

Self-represented Plaintiff Malik M. Justin commenced these actions against San Francisco State University and Real Options for City Kids in early June 2024. On June 21, 2024, the Court dismissed the complaints with leave to amend pursuant to Title 28 U.S.C. 1915(e)(2). Mr. Justin did not respond to the Court's orders. The Court then issued an Order to Show Cause ("OSC") why these several cases should not be dismissed without prejudice for failure to prosecute and to

comply with court orders, setting a deadline of September 2, 2024, for Mr. Justin to respond in writing.  Again, Mr. Justin did not timely respond to the Court's orders.

On September 10, 2024, Mr. Justin submitted a document in case number 3:24-cv-3309. ECF 10.  That nonsensical filing does not respond to the OSC, nor does it constitute an amended pleading sufficient to state a claim.  *See id.*  On September 20, 2024, Mr. Justin submitted an untitled document in all three cases that consists of three pages of written text plus unverified copies of a report he made to the San Francisco Police Department.  *See, e.g.*, Case No. 3:24-cv-3309, ECF 12.  Those illogical filings similarly do not respond to the OSC in form or content.  To the extent those documents can be construed as amended complaints, they do not cure the deficiencies set out in the Court's prior screening orders and fail to state a claim upon which relief can be granted.  Accordingly, the Court DISMISSES Mr. Justin's complaints without leave to amend.

**IT IS SO ORDERED.**

Dated: October 3, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**