UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br>    Plaintiff,<br>  v.<br>SF STATE UNIVERSITY,<br>    Defendant. | Case No. 25-cv-03492-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to *Justin v. Real Options for City Kids*, 24-cv-03309-AMO.

**IT IS SO ORDERED.**

Dated: April 21, 2025

                       THOMAS S. HIXSON
                       United States Magistrate Judge